| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *D Brown*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): D Brown   C. Date of Delivery: 3/7/07 |
| 1. Article Addressed to:<br><br>Flying J Inc.<br>CSC-Lawyers Incorporating Service, Inc.<br>150 South Perry Street<br>Montgomery, AL 36104<br><br>07cv184 S&C | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0000 5268 1848 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540